

# United States District Court
## Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | CASE NUMBER: CR: 14-6397 |
| VS. | REPORT COMMENCING CRIMINAL ACTION |
| Jonathan Wells<br>Defendant | 07021-104<br>USMS NUMBER |

TO: CLERK'S OFFICE     MIAMI     (FT. LAUDERDALE)     W. PALM BEACH
U.S. DISTRICT COURT              (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

---

COMPLETE ALL ITEMS.   INFORMATION THAT IS NOT APPLICALBE, MARK   N/A

(1) DATE AND TIME OF ARREST: 11-7-14 @ _____ A.M. _____ P.M. 4:43

(2) LANGUAGE SPOKEN: English

(3) OFFENSE CHARGED: Title 18 USC 2422(b) - Enticement of a Minor

(4) DATE OF BIRTH: 5/6/1990

(5) TYPE OF CHARGING DOCUMENT:       (CHECK ONE)
   { } INDICTMENT         { ✓ } COMPLAINT TO BE FILED/ALREADY FILED
   { } BENCH WARRANT FOR FAILURE TO APPEAR
   { } PROBATION VIOLATION WARRANT
   { } PAROLE VIOLATION WARRANT
   ORIGINAL DISTRICT: Southern District of Florida

(6) REMARKS: _____

(7) DATE: 11-7-14     (8) ARRESTING OFFICER: SA Matt Fowler

(9) AGENCY: FBI     (10) PHONE: 954-829-4234

(11) COMMENTS: _____